JUSTICE GALLAGHER, specially concurring: I specially concur to discuss briefly two points. First, in cases such as this where the defendant takes the stand, the court’s failure to ask jurors whether they understand and accept that the defendant is not required to offer evidence does not deprive the defendant of a fundamental right or affect the integrity of the judicial process. An analogous situation would be where a defendant who has had a jury trial asserts that the trial court neglected to inform him of his right to a jury trial. Obviously no denial of any right occurs in that situation or in the instant one. Another point I would like to emphasize is the method of complying with Rule 431(b). The majority correctly points out that the rule itself says the court “shall ask each potential juror, individually or in a group” regarding the four admonitions. Ill. S. Ct. R. 431 (eff. May 1, 2007). Due to the tendency of some advocates to engage in literalism, I think it is important to emphasize a court need not question each individual venire member, as the majority suggests. The rule itself says “as a group.” That is a perfectly reasonable way to comply with the rule and may be a better use of time than questioning each potential juror on each principle. I ask however that the trial court please read the rule and comply with it in substance so as to eliminate the plethora of cases where compliance with Rule 431(b) is sadly lacking.